■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND A. COLLIER, Appellant. [725 NYS2d 584] —Judgment

unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Ward, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.